| | |
|---|---|
| PROB 35 (Rev. 1/92) | Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

09 MAR -2  AM 10: 52

OFFICE OF THE CLERK

## United States District Court
### FOR THE
### District of Nebraska

UNITED STATES OF AMERICA

v.                                             Crim. No.  8:02CR347

Jacqueline S. Merksick

On __June 10, 2005__ the above named was placed on Supervised Release for a period of _5_ years. Jackie Merksick has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

*Kelly T. Nelson*

Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that Jackie Merksick be discharged from supervision and that the proceedings in the case be terminated.

Dated this _2nd_ day of _March_ 20_09_.

United States District Judge